RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Jorge Antonio Cortez-Meza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ANTONIO CORTEZ-MEZA,<br><br>　　　　　Defendant. | Case No. 2:20-mj-00461-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Jorge Antonio Cortez-Meza, that the Preliminary Hearing currently scheduled on September 11, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.　Mr. Cortez-Meza has entered into a plea agreement through the United States Attorney's Office fast-track program. Change of plea and sentencing are currently scheduled for 10/9/20.

2. Defendant is incarcerated and does not object to a continuance.

3. The parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv)..

This is the second request for continuance filed herein.

DATED this 08 day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ANTONIO CORTEZ-MEZA,<br><br>　　　　Defendant. | Case No. 2:20-mj-00461-DJA<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 11, 2020 at the hour of 4:00 p.m., be vacated and continued to __October 16, 2020__ at the hour of 4:00 p.m. in Courtroom 3A.

　　DATED this __9th__ day of September, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3