1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   KATHERINE TANAKA
3  Assistant Federal Public Defender
   Nevada State Bar No. 14655C
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Katherine_Tanaka@fd.org

7  Attorney for Jorge Antonio Cortez-Meza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00461-DJA |
| Plaintiff, | **ORDER TO CONTINUE PRELIMINARY HEARING** |
| v. | (Third Request) |
| JORGE ANTONIO CORTEZ-MEZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Jorge Antonio Cortez-Meza, that the Preliminary Hearing currently scheduled on October 16, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Mr. Cortez-Meza has entered into a plea agreement through the United States Attorney's Office fast-track program. Change of plea and sentencing are currently scheduled for November 6, 2020.

2. Defendant is incarcerated and does not object to a continuance.

3. The parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv)..

This is the third request for continuance filed herein.

DATED this 14th day of October 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Jared Grimmer*<br>JARED GRIMMER<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ANTONIO CORTEZ-MEZA,<br><br>　　　　Defendant. | Case No. 2:20-mj-00461-DJA<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 16, 2020 at the hour of 4:00 p.m., be vacated and continued to _____ November 30, 2020, at 4:00 p.m. Courtroom 3A.

　　DATED this 15th day of October 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS, U.S. Magistrate Judge

3